McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY LONG,<br><br>              Plaintiff,<br><br>     v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>              Defendant. | CASE NO. 2:04-CV-02188-CMK<br><br>STIPULATION AND ORDER TO REDACT THE ADMINISTRATIVE TRANSCRIPT |

     The parties to the above-captioned action, by and through the undersigned counsel, with the approval of the Court, hereby stipulate that the administrative transcript certified June 1, 2005, contains confidential extra-party records at pages 364, 366, 369, and 370, which have no bearing on this case. The parties therefore stipulate that Defendant will redact said pages by removing them from the administrative transcript prior to the serving and filing of said transcript.

     The parties further stipulate that any review copies of the records found at the above-mentioned pages, provided to Plaintiff for the purpose of reaching this agreement, shall be destroyed or returned to Defendant's counsel of record at the above-captioned address.

     The parties further stipulate that the inadvertent inclusion of said records in the administrative transcript is not and will not be a basis for a claimed error.

     The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

document bearing counsel's original signature for retention in Defendant's case file, amd hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: August 2, 2005                    /s/ David M. Shore
                                         DAVID M. SHORE
                                         Attorney at Law

                                         Attorney for Plaintiff


DATED: August 2, 2005                    McGREGOR W. SCOTT
                                         United States Attorney


                                    By:  /s/ Bobbie J. Montoya
                                         BOBBIE J. MONTOYA
                                         Assistant U. S. Attorney

                                         Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
NANCY M. LISEWSKI
Assistant Regional Counsel
United States Social Security Administration


_____oOo_____

**ORDER**

**APPROVED AND SO ORDERED.**

DATED:   August 3, 2005.


                                         _____
                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE